AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| W.P.V., on his own behalf and on behalf of his minor child, W.P.O. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  3:23-CV-00074-DCG |
| UNITED STATES OF AMERICA | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

W.P.V., on his own behalf and on behalf of his minor child, W.P.O.                                                                .

Date:     03/03/2023

/s/ Benjamin C. Elacqua
*Attorney's signature*

Benjamin C. Elacqua (Texas Bar No. 24055443)
*Printed name and bar number*

Fish & Richardson P.C.
909 Fannin St, Suite 2100
Houston, TX 77010

*Address*

elacqua@fr.com
*E-mail address*

(713) 654-5300
*Telephone number*

(713) 652-0109
*FAX number*