IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| W.P.V., on his own behalf and on behalf of his minor child, W.P.O.<br><br>    Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>    Defendant. | Case No. 3:23-CV-00074-DCG |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties have reached a conditional settlement in this matter. The parties will file a stipulated agreement and, upon completion of all necessary prerequisites, a motion to dismiss this case with prejudice. Because this settlement will require Court approval as to the settlement for the claims of minor W.P.O., the parties will separately move the Court for approval of the settlement.

The parties respectfully request that the Court stay all case management deadlines pending resolution of this matter.

RESPECTFULLY SUBMITTED this 6th day of August, 2024.

                                    Respectfully submitted,

Dated: August 6, 2024              BRANDON B. BROWN
                                        UNITED STATES ATTORNEY

                            By:    */s/ Allison C. Reppond*
                                       ALLISON C. REPPOND (TX#24085733)
                                       Assistant United States Attorney
                                       300 Fannin Street, Suite 3201
                                       Shreveport, Louisiana 71101-3068
                                       (318) 676-3600 // Fax: (318) 676-3642
                                       allison.reppond@usdoj.gov
                                       *Attorneys for Defendant*

**AND**

                              **FISH & RICHARDSON P.C.**

                              */s/ Karan Jhurani (with permission)*

Dated: August 6, 2024         **KARAN JHURANI** (Admitted *pro hac vice*)
Email: jhurani@fr.com
GA Bar No. 290326
Fish & Richardson P.C.
1180 Peachtree Street NE, 21st floor
Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile: (404) 892-5002

**CAITLIN M. DEAN** (Admitted *pro hac vice*)
TX Bar No. 24109797
Email: cdean@fr.com
Fish & Richardson P.C.
7 Times Square, 20th floor
New York, NY 10036
Telephone: (212) 765-5070
Facsimile: (212) 2582291

**BENJAMIN C. ELACQUA**
TX Bar No. 24055443
Email: elacqua@fr.com
Fish & Richardson P.C.
909 Fannin St., Ste. 2100
Houston, TX 77010
Telephone: (713) 654-5300
Facsimile: (713) 652-0109
*Attorneys for Plaintiffs*