UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **W.P.V.**, *on his own behalf and on behalf of his minor child, W.P.O.*, | § § § § | |
| *Plaintiff*, | § | |
| v. | § | EP-23-CV-00074-DCG |
| | § | |
| **UNITED STATES OF AMERICA**, | § § | |
| *Defendant*. | § § | |

## ORDER

Pending before the Court is "Plaintiffs' Unopposed Motion for Approval of Settlement of Minor's Claims." (ECF No. 135). After reviewing the Motion and the applicable law, the Court **GRANTS** the Motion. The Court enters the following Orders:

1. The Court approves the settlement of this action.

2. The Court approves the allocation of the settlement proceeds as requested between Plaintiff W.P.V. and his son W.P.O. (to be split equally).

3. The Court approves placement of W.P.O.'s portion of the settlement into a pooled minor's trust operated by Legacy Enhancement, with permissible distributions, until W.P.O. reaches the age of 18.

4. The Court approves attorney's fees to Mr. Joseph Veith in the amount of $3,000 to be paid out of the settlement (deducted evenly from W.P.V. and W.P.O.'s shares).

5. Plaintiffs' counsel shall coordinate with Plaintiffs and Legacy Enhancement to execute all necessary paperwork and the funding of the pooled minor's trust on behalf of W.P.O. and shall report back to the Court once funding is complete.

6. Once the settlement agreement has been approved by the Attorney General's designee, the parties shall file dismissal documents. The parties **SHALL** file the dismissal documents **by August 4, 2025**, or otherwise provide an update on this matter.

**So ORDERED and SIGNED this 24th day of 2025.**

_/s/ Daniel C. Guaderrama_
**DAVID C. GUADERRAMA
SENIOR U.S. DISTRICT JUDGE**